# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JENNIFER ANNE CHILL,

                Petitioner,

   v.

KIMBERLY HUGHES,

                Respondent.

Case No. CV 15-03558 PSG (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the First Amended Petition, records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Final Report to which objections have been made.  Petitioner's objections are overruled.   The Court accepts the findings and recommendations of the Magistrate Judge.  IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED:   10/3/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE