**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JENNIFER ANNE CHILL,

                Petitioner,

    v.

KIMBERLY HUGHES,

                Respondent.

Case No. CV 15-03558 PSG (AFM)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED:  10/3/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE